UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Pocock

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Software in the Public Interest

(List the full name(s) of the defendant(s)/respondent(s).)

1:25 CV 03883 ( LTS )(   )

NOTICE OF APPEAL

Notice is hereby given that the following parties: Daniel Pocock

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☑ judgment   ☑ order   entered on: 28 May 2026

(date that judgment or order was entered on docket)

that:   IFP denied, case dismissed for failing to state a claim

(If the appeal is from an order, provide a brief description above of the decision in the order.)

29 June 2026
Dated

_Daniel Pcock_
Signature*

POCOCK, Daniel
Name (Last, First, MI)

16192 Coastal Hwy   Lewes   DE   19958
Address   City   State   Zip Code

Telephone Number

daniel@pocock.pro
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−03883−LTS

Pocock v. Software in the Public Interest, Inc. et al

Assigned to: Judge Laura Taylor Swain

Cause: 28:1331cv Fed. Question: Other Civil Rights

Date Filed: 05/06/2025

Date Terminated: 05/28/2026

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Daniel Pocock**
*Debian Developer, a joint author of*
*Debian GNU/Linux*

represented by **Daniel Pocock**
16192 Coastal Highway
Lewes, DE 19958
Email: daniel@pocock.pro
PRO SE

V.

**Defendant**

**Software in the Public Interest, Inc.**
*(SPI)*

**Defendant**

**Donald Norwood**

**Defendant**

**Debian Project**
*(unincorporated association)*

**Defendant**

**Ariadne Conill**

**Defendant**

**Electronic Frontier Foundation, Inc.**
*(EEF)*

**Defendant**

**Free Software Foundation Europe e.V.**
*(FSFE is not the FSF)*

**Defendant**

**FOSDEM vzw**

**Defendant**

**GNOME Foundation**

**Defendant**

**Gandi SAS**

**Defendant**

**Alphabet, Inc.**
*(Google)*

**Defendant**

**World Intellectual Property Organization**
*(WIPO)*

**Defendant**

**Canonical Group Ltd.**
*(Ubuntu)*

**Defendant**

**W. Scott Blackmer**

**Defendant**

**Joerg Jaspert**

**Defendant**

**Jonathan Wiltshire**

**Defendant**

**Enrico Zini**

**Defendant**

**Chris Lamb**

**Defendant**

**Sam Hartman**

**Defendant**

**Jonathan Carter**

**Defendant**

**Andreas Tille**

**Defendant**

**Jean–Pierre Giraud**

**Defendant**

**Wouter Verhelst**

**Defendant**

**Kurt Roeckx**

**Defendant**

**Luke Faraone**

**Defendant**

**Jacob Hoffman–Andrews**

**Defendant**

**Paul Tagliamonte**

**Defendant**

**Molly De Blanc**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 05/06/2025 | 1 | COMPLAINT against Alphabet, Inc., W. Scott Blackmer, Canonical Group Ltd., Jonathan Carter, Ariadne Conill, Debian Project, Electronic Frontier Foundation, Inc., FOSDEM vzw, Luke Faraone, Free Software Foundation Europe e.V., GNOME Foundation, Gandi SAS, Jean–Pierre Giraud, Sam Hartman, Jacob Hoffman–Andrews, Joerg Jaspert, Chris Lamb, Donald Norwood, Kurt Roeckx, Software in the Public Interest, Inc., Andreas Tille, Wouter Verhelst, Jonathan Wiltshire, World Intellectual Property Organization, Enrico Zini. Document filed by Daniel Pocock..(tro) (Entered: 05/09/2025) |
|---|---|---|
| 05/06/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Daniel Pocock.(tro) (Entered: 05/09/2025) |
| 05/06/2025 | | Case Designated ECF. (tro) (Entered: 05/09/2025) |
| 05/06/2025 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Daniel Pocock consents to receive electronic service via the ECF system. Document filed by Daniel Pocock.(tro) (Entered: 05/09/2025) |
| 05/09/2025 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24–MISC–127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self–represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self–represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self–represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (tro) (Entered: 05/09/2025) |
| 05/09/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self–represented party who has not consented to electronic service, the filing party must serve the document on such self–represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(tro) (Entered: 05/09/2025) |
| 05/30/2025 | 5 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 5/30/2025) (tg) (Entered: 06/02/2025) |
| 06/04/2025 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 06/04/2025) |
| 08/20/2025 | 6 | ORDER OF DISMISSAL WITH LEAVE TO REPLEAD: The Court dismisses the federal claims in the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Court directs the Clerk |

| | | |
|---|---|---|
| | | of Court to hold this matter open on the docket until a civil judgment is entered. SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/20/2025) (ks) (Entered: 08/21/2025) |
| 08/28/2025 | 7 | APPLICATION FOR EXTENSION OF TIME TO REPLEAD for Extension of Time addressed to Judge Laura Taylor Swain from Daniel POCOCK. Document filed by Daniel Pocock..(ks) (Entered: 08/29/2025) |
| 09/19/2025 | 8 | AMENDED COMPLAINT amending 1 Complaint,, against Alphabet, Inc., W. Scott Blackmer, Canonical Group Ltd., Jonathan Carter, Ariadne Conill, Debian Project, Electronic Frontier Foundation, Inc., FOSDEM vzw, Luke Faraone, Free Software Foundation Europe e.V., GNOME Foundation, Gandi SAS, Jean–Pierre Giraud, Sam Hartman, Jacob Hoffman–Andrews, Joerg Jaspert, Chris Lamb, Donald Norwood, Kurt Roeckx, Software in the Public Interest, Inc., Andreas Tille, Wouter Verhelst, Jonathan Wiltshire, World Intellectual Property Organization, Enrico Zini, Paul Tagliamonte with JURY DEMAND.Document filed by Daniel Pocock. Related document: 1 Complaint,,..(jjc) (Entered: 09/22/2025) |
| 09/19/2025 | 9 | MOTION for Extension of Time To Replead. Document filed by Daniel Pocock.(yv) (Entered: 09/22/2025) |
| 09/22/2025 | 10 | APPLICATION FOR COURT'S LEAVE TO AMEND PLEADING (Rule 15(a)(2)). Document filed by Daniel Pocock. (mml) (Entered: 09/22/2025) |
| 09/24/2025 | 11 | ORDER granting 7 Motion for Extension of Time; granting 9 Motion for Extension of Time; granting 10 Motion to Amend/Correct. The Court grants Plaintiff's requests. Plaintiff must file a second amended complaint within 30 days of the date of this order. Plaintiff is reminded that his second amended complaint must comply with the standards set forth in the Court's August 20, 2025 order of dismissal. If Plaintiff does not file a second amended complaint within the prescribed time, the Court will construe the amended complaint (ECF 8) as the operative pleading in this action. The Clerk of Court is directed to terminate the motions at ECF 7, 9, 10. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Laura Taylor Swain on 9/24/2025) (jjc) (Entered: 09/25/2025) |
| 10/24/2025 | 12 | AMENDED COMPLAINT amending 8 Amended Complaint,, against Alphabet, Inc., W. Scott Blackmer, Canonical Group Ltd., Jonathan Carter, Ariadne Conill, Debian Project, Electronic Frontier Foundation, Inc., FOSDEM vzw, Luke Faraone, Free Software Foundation Europe e.V., GNOME Foundation, Gandi SAS, Jean–Pierre Giraud, Sam Hartman, Jacob Hoffman–Andrews, Joerg Jaspert, Chris Lamb, Donald Norwood, Kurt Roeckx, Software in the Public Interest, Inc., Paul Tagliamonte, Andreas Tille, Wouter Verhelst, Jonathan Wiltshire, World Intellectual Property Organization, Enrico Zini, Molly De Blanc with JURY DEMAND.Document filed by Daniel Pocock. Related document: 8 Amended Complaint,,..(jjc) (Entered: 10/27/2025) |
| 10/27/2025 | 13 | APPLICATION FOR COURT'S LEAVE TO AMEND PLEADING (Rule 15(a)(2)) 8 Amended Complaint. Document filed by Daniel Pocock. (jjc) (Entered: 10/27/2025) |
| 05/26/2026 | 14 | SECOND ORDER OF DISMISSAL: The Court dismisses the amended complaint for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Court directs the Clerk of Court to enter judgment in this action. SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 5/26/2026) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/27/2026) |
| 05/28/2026 | 15 | CIVIL JUDGMENT: For the reasons stated in the May 26, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Laura Taylor Swain on 5/28/2026) (Attachments: # 1 Appeal |

| | | Package) (km) (Entered: 05/28/2026) |
|---|---|---|
| 06/29/2026 | 16 | NOTICE OF APPEAL from 15 Judgment. Document filed by Daniel Pocock. (tp) (Entered: 06/30/2026) |
| 06/30/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 16 Notice of Appeal. (tp) (Entered: 06/30/2026) |
| 06/30/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 16 Notice of Appeal filed by Daniel Pocock were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/30/2026) |