**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 30, 2026
Docket #: 26-1766
Short Title: Pocock v. Software in the Public Interest, Inc.

DC Docket #: 1:25-cv-3883
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Laura Taylor Swain

### NOTICE BARRING A CORPORATION FROM PROCEEDING PRO SE

A Notice of Appeal has been filed in this Court in the above referenced case naming an incorporated business as an appellate party. It appears that the corporate party is not represented by counsel in this case.

An incorporated business, even if solely owned, is prohibited from appearing pro se in this Court. See 28 U.S.C. § 1654; Berrio v. New York City Housing Authority, 564 F. 3d 130, 132-133 (2d Cir. 2009).

If an attorney admitted to practice in this Court does not file a notice of appearance on behalf of the incorporated business by July 30, 2026, the corporate party will be deemed in default on the appeal. An unrepresented corporate party's brief will not be accepted for filing and when the appeal is placed on a calendar for determination by the Court, the unrepresented corporate party will not be heard at oral argument, except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8551.