## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Pocock v. Software in the Public Interest, Inc., et al.          Docket No.: 26-1766

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Aaron Williamson

Firm: Williamson Legal PLLC

Address: 1421 18th Ave. N

Telephone: 773-727-8363          Fax: 727-610-6265

E-mail: aaron@williamson.legal

**Appearance for:** Software in the Public Interest, Inc.
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Software in the Public Interest, Inc. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

---

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 7/27/2026          OR

[ ] I applied for admission on .

Signature of Counsel: *Aaron Williamson*

Type or Print Name: Aaron Williamson