# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six,

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

        Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

        Defendants - Appellees.

**ORDER**

Docket No. 26-1766

A notice of appeal was filed on June 30, 2026. The Appellant's Form D-P due July 13, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 2, 2026 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

