26-1766

Daniel Pocock
16192 Coastal Highway
Lewes, DE 19958

RECEIVED
SEP 29 PM 2:09
U.S. COURT OF APPEALS
CIRCUIT

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six,

---

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-1766

A notice of appeal was filed on June 30, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due July 14, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 2, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six,

---

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-1766

A notice of appeal was filed on June 30, 2026. The Appellant's Form D-P due July 13, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 2, 2026 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

# PUBLIC DOCKET FOR

## United States Court of Appeals for the Second Circuit

**Court of Appeals Docket #:** 26-1766

**Docketed:** 06/30/2026

**Case Name:** Pocock v. Software in the Public Interest, Inc.

**Status:** Open

**Nature of Suit:** 3440 CIVIL RIGHTS-Other

**Appeal From:** SDNY (NEW YORK CITY)

**Fee Status:** IFP Pending in USCA

**Case Type Information**

1. Civil
2. Private
3.

**Originating Court Information**

**District:** SDNY (NEW YORK CITY): 1:25-cv-3883

**Trial Judge:** Laura Taylor Swain, Chief District Judge

**Date Filed:** 05/06/2025

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 05/28/2026 | 05/28/2026 | 06/29/2026 | 06/30/2026 |

**Associated Cases**

**Party and Attorney Listing**

| | |
|---|---|
| DANIEL POCOCK, Debian Developer, a joint author of Debian GNU/Linux<br>Plaintiff - Appellant | Daniel Pocock<br>[Pro Se]<br>16192 Coastal Highway<br>Lewes, DE 19958 |
| SOFTWARE IN THE PUBLIC INTEREST, INC., (SPI)<br>Defendant - Appellee | Software in the Public Interest, Inc.<br>[Pro Se]<br>1632 1st Avenue<br>#20327<br>New York, NY 10028 |
| DONALD NORWOOD | |

Defendant - Appellee

| | |
|---|---|
| DEBIAN PROJECT, (unincorporated association)<br>Defendant - Appellee | Debian Project<br>[Pro Se]<br>1632 1st Avenue<br>#20327<br>New York, NY 10028 |
| ARIADNE CONILL<br>Defendant - Appellee | |
| ELECTRONIC FRONTIER FOUNDATION, INC., (EEF)<br>Defendant - Appellee | Electronic Frontier Foundation, Inc.<br>[Pro Se]<br>815 Eddy Street<br>San Francisco, CA 94109 |
| FREE SOFTWARE FOUNDATION EUROPE E.V., (FSFE is not the FSF)<br>Defendant - Appellee | Free Software Foundation Europe e.V.<br>[Pro Se]<br>Revaler Straße 19<br>5th floor<br>Berlin 10245 |
| FOSDEM VZW<br>Defendant - Appellee | FOSDEM vzw<br>[Pro Se]<br>Guldendelle 9<br>Zaventem 1930 |
| GNOME FOUNDATION<br>Defendant - Appellee | GNOME Foundation<br>[Pro Se]<br>1875 Mission Street<br>Ste 103<br>San Francisc, CA 94103 |
| GANDI SAS<br>Defendant - Appellee | Gandi SAS<br>[Pro Se]<br>63-65 boulevard<br>Masséna, Paris 75013 |
| ALPHABET, INC., (Google)<br>Defendant - Appellee | Alphabet, Inc.<br>[Pro Se]<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 |
| WORLD INTELLECTUAL PROPERTY ORGANIZATION, (WIPO)<br>Defendant - Appellee | World Intellectual Property Organization<br>[Pro Se]<br>34, chemin des Colombettes<br>Geneva 1211 |

CANONICAL GROUP LTD., (Ubuntu)
Defendant - Appellee

Canonical Group Ltd.
[Pro Se]
3 More London Riverside
5th floor
London SE1 2AQ

W. SCOTT BLACKMER
Defendant - Appellee

JOERG JASPERT
Defendant - Appellee

JONATHAN WILTSHIRE
Defendant - Appellee

ENRICO ZINI
Defendant - Appellee

CHRIS LAMB
Defendant - Appellee

SAM HARTMAN
Defendant - Appellee

JONATHAN CARTER
Defendant - Appellee

ANDREAS TILLE
Defendant - Appellee

JEAN-PIERRE GIRAUD
Defendant - Appellee

WOUTER VERHELST
Defendant - Appellee

KURT ROECKX
Defendant - Appellee

LUKE FARAONE
Defendant - Appellee

JACOB HOFFMAN-ANDREWS
Defendant - Appellee

PAUL TAGLIAMONTE

Defendant - Appellee

MOLLY DE BLANC
Defendant - Appellee

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

**Docket**

*LEGEND:*
*(R) - Restricted Document*
*(L) - Locked Document*

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 06/30/2026 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Daniel Pocock, FILED. [Entered: 06/30/2026 03:29 PM] |
| 06/30/2026 | 2 | DISTRICT COURT SECOND ORDER OF DISMISSAL, dated 05/26/2026, RECEIVED. [Entered: 06/30/2026 03:31 PM] |
| 06/30/2026 | 3 | DISTRICT COURT JUDGMENT, dated 05/28/2026, RECEIVED. [Entered: 06/30/2026 03:33 PM] |
| 06/30/2026 | 4 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 06/30/2026 03:36 PM] |
| 06/30/2026 | 5 | CIVIL APPEAL, on behalf of Appellant Daniel Pocock, OPENED. [Entered: 06/30/2026 03:39 PM] |
| 06/30/2026 | 6 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 06/30/2026 03:41 PM] |
| 06/30/2026 | 7 | NOTICE, to Software in the Public Interest, Inc., Debian Project, Electronic Frontier Foundation, Inc., Free Software Foundation Europe e.V., FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., World Intellectual Property Organization, Canonical Group Ltd., regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT. [Entered: 06/30/2026 03:46 PM] |

| Date Filed | Entry # | | Public Docket Text |
|---|---|---|---|
| 06/30/2026 | 8 | (L) | MOTION, to proceed in forma pauperis, on behalf of Appellant Daniel Pocock, FILED. Service date 06/29/2026 by No Service. [Entered: 06/30/2026 03:49 PM] |
| 06/30/2026 | 9 | | DEFECTIVE DOCUMENT, Motion to proceed in forma pauperis, at docket entry 8, on behalf of Appellant Daniel Pocock, copy to pro se appellant, FILED. [Entered: 06/30/2026 03:55 PM] |
| 07/30/2026 | 10 | (L) | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of Software in the Public Interest, Inc., FILED. [Entered: 07/30/2026 02:49 PM] |
| 07/31/2026 | 11 | | UNDELIVERABLE MAIL, for Appellant Daniel Pocock to USCA from USPS, received on 07/31/2026, RECEIVED. [Entered: 08/03/2026 02:18 PM] |
| 08/03/2026 | 12 | | DEFECTIVE DOCUMENT, Notice of Appearance, at docket entry 10, on behalf of Appellee Software in the Public Interest, Inc., FILED. [Entered: 08/03/2026 03:01 PM] |
| 08/12/2026 | 13 | | ORDER, dated 08/12/2026, dismissing appeal by 09/02/2026, unless Appellant Daniel Pocock, submits Form D-P, copy to pro se appellant, FILED. [Entered: 08/12/2026 02:13 PM] |
| 08/12/2026 | 14 | | ORDER, dated 08/12/2026, dismissing appeal by 09/02/2026, unless Appellant Daniel Pocock, submits the Acknowledgment and Notice of Appearance Form, copy to pro se appellant, FILED. [Entered: 08/12/2026 02:18 PM] |

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE | DISTRICT | DOCKET NUMBER |
| | JUDGE | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT |

| | |
|---|---|
| Check the applicable provision:<br>☐ I am ordering a transcript.<br>☐ I am not ordering a transcript.<br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☐ No transcribed proceedings<br>☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br><br>METHOD OF PAYMENT ☐ Funds ☐ CJA Voucher (CJA 21) |
| INSTRUCTIONS TO COURT REPORTER:<br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS<br>☐ OTHER (Specify in the space below): | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| | |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007
212-857-8500

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE INSTRUCTIONS

The Acknowledgement and Notice of Appearance form requires all parties to provide contact information, any required corrections to the caption, a review of the parties' appellate designations, and information regarding any related cases before this Court. Counsel must also certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. If the Court has not yet admitted counsel or approved counsel for renewed admission, personal contact information for each represented client must be provided on Addendum A. In accordance with Local Rule 12.3(a), this form must be completed and returned within 14 calendar days of receipt of the docketing notice.

Each lead counsel of record or individual appearing *pro se* must complete this form. Any attorney acting as a substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance using the Notice of Appearance for Substitution, Additional, or Amicus Counsel form provided on the Court's website.

Counsel of record must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires written *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case. An attorney and any pro se party who is permitted to file document electronically in CM/ECF must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. Notification is made by accessing PACER's Manage My Account, https://pacer.psc.uscourts.gov/pscof/login.jsf. The Court's records will update with 1 business day of a user entering the change in PACER. In addition, if the Filing User has an open case, letter notification of the change must be sent to the Court, directly to the open case.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

For information concerning attorney admissions and renewals, visit the Court's website at www.ca2.uscourts.gov or contact Admissions in the Clerk's Office at 212-857-8603 or 212-857-8640.

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:______________________________________________Docket No.:__________________

Lead Counsel of Record (name/firm) or Pro se Party (name):________________________________

______________________________________________________________________________

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______________________________________________________________
( ) Incorrect. Please change the following parties' designations:

Party | Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_________________________________________________________________________
Firm:__________________________________________________________________________
Address:_______________________________________________________________________
Telephone:_______________________________ Fax:____________________________________
Email:_________________________________________________________________________

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:__________

______________________________________________________________________________

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______________________________________________

______________________________________________________________________________

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on __________________OR that ( ) I applied for admission on____________________________or renewal on __________________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____________________________________________
Type or Print Name:_________________________________________________________
OR
Signature of pro se litigant: ____________________________________________________
Type or Print Name:_________________________________________________________
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

________________________________

v.

________________________________

## CERTIFICATE OF SERVICE*

Docket Number: ____________

I, ________________________________, hereby certify under penalty of perjury that
(print name)

on ____________________________, I served a copy of ______________________________
(date)

________________________________________________________________________________
(list all documents)

by (select all applicable)**

___ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

________________________________________________________________________________
Name Address City State Zip Code

________________________________________________________________________________
Name Address City State Zip Code

________________________________________________________________________________
Name Address City State Zip Code

________________________________________________________________________________
Name Address City State Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

____________________________ ____________________________
Today's Date Signature

Certificate of Service Form (Last Revised 12/2015)

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
UNITED STATES COURT HOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007

FIRST-CLASS

US POSTAGE
ZIP 10007 $ 002.27⁰
02 7W
0008043023 AUG 12 2026

COMMERCIAL MAIL
RECEIVING AGENCY
NOT AUTHORIZED
TO RECEIVE MAIL FOR
ADDRESSEE

USMail
SDNY

COMPANY NAME REQUIRED

-R-T-S- 199582088-1N 09/19/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER