**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-six,

---

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-1766

A notice of appeal was filed on June 30, 2026. The filing fee of $605.00 was due to be paid to the district court by July 13, 2026. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective October 21, 2026 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court