Case: 26-1766, 10/26/2026, DktEntry: 19.1, (1 of 9)

UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

Daniel Pocock
Debian GNU/Linux
16192 Coastal
Highway Lewes, DE
19958

NO COMPANY BY THIS NAME

COMMERCIAL MAIL
RECEIVING AGENCY
NOT AUTHORIZED
TO RECEIVE MAIL FOR
ADDRESSEE

NIXIE 274 6E 1 0210/20/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

USMAIL
SDNY

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 10007 $ 001.98⁰
02 7W
0008043023 OCT 01 2026

26-1766

RECEIVED
2026 OCT 26 PM 3:36
U.S. COURT OF APPEALS
SECOND CIRCUIT

Daniel Pocock
Debian GNU/Linux
16192 Coastal
Highway Lewes, DE
19958

Case: 26-1766, 10/26/2026, DktEntry: 19.1, (2 of 9)

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-six,

---

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-1766

A notice of appeal was filed on June 30, 2026. The filing fee of $605.00 was due to be paid to the district court by July 13, 2026. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective October 21, 2026 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

Case: 26-1766, 10/26/2026, DktEntry: 19.1, (5 of 9)

# PUBLIC DOCKET FOR

## United States Court of Appeals for the Second Circuit

**Court of Appeals Docket #:** 26-1766
**Docketed:** 06/30/2026
**Case Name:** Pocock v. Software in the Public Interest, Inc.
**Status:** Open
**Nature of Suit:** 3440 CIVIL RIGHTS-Other
**Appeal From:** SDNY (NEW YORK CITY)
**Fee Status:** IFP Pending in USCA

**Case Type Information**

1. Civil
2. Private
3.

**Originating Court Information**

**District:** SDNY (NEW YORK CITY): 1:25-cv-3883
**Trial Judge:** Laura Taylor Swain, Chief District Judge
**Date Filed:** 05/06/2025

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 05/28/2026 | 05/28/2026 | 06/29/2026 | 06/30/2026 |

**Associated Cases**

**Party and Attorney Listing**

| | |
|---|---|
| DANIEL POCOCK, Debian Developer, a joint author of Debian GNU/Linux<br>Plaintiff - Appellant | Daniel Pocock<br>[Pro Se]<br>16192 Coastal Highway<br>Lewes, DE 19958 |
| SOFTWARE IN THE PUBLIC INTEREST, INC., (SPI)<br>Defendant - Appellee | Software in the Public Interest, Inc.<br>[Pro Se]<br>1632 1st Avenue<br>#20327<br>New York, NY 10028 |
| DONALD NORWOOD | |

Defendant - Appellee

DEBIAN PROJECT, (unincorporated association)
Defendant - Appellee

Debian Project
[Pro Se]
1632 1st Avenue
#20327
New York, NY 10028

ARIADNE CONILL
Defendant - Appellee

ELECTRONIC FRONTIER FOUNDATION, INC., (EEF)
Defendant - Appellee

Electronic Frontier Foundation, Inc.
[Pro Se]
815 Eddy Street
San Francisco, CA 94109

FREE SOFTWARE FOUNDATION EUROPE E.V., (FSFE is not the FSF)
Defendant - Appellee

Free Software Foundation Europe e.V.
[Pro Se]
Revaler Straße 19
5th floor
Berlin 10245

FOSDEM VZW
Defendant - Appellee

FOSDEM vzw
[Pro Se]
Guldendelle 9
Zaventem 1930

GNOME FOUNDATION
Defendant - Appellee

GNOME Foundation
[Pro Se]
1875 Mission Street
Ste 103
San Francisc, CA 94103

GANDI SAS
Defendant - Appellee

Gandi SAS
[Pro Se]
63-65 boulevard
Masséna, Paris 75013

ALPHABET, INC., (Google)
Defendant - Appellee

Alphabet, Inc.
[Pro Se]
1600 Amphitheatre Parkway
Mountain View, California 94043

WORLD INTELLECTUAL PROPERTY ORGANIZATION, (WIPO)
Defendant - Appellee

World Intellectual Property Organization
[Pro Se]
34, chemin des Colombettes
Geneva 1211

Case: 26-1766, 10/26/2026, DktEntry: 19.1, (7 of 9)

CANONICAL GROUP LTD., (Ubuntu)
Defendant - Appellee

Canonical Group Ltd.
[Pro Se]
3 More London Riverside
5th floor
London SE1 2AQ

W. SCOTT BLACKMER
Defendant - Appellee

JOERG JASPERT
Defendant - Appellee

JONATHAN WILTSHIRE
Defendant - Appellee

ENRICO ZINI
Defendant - Appellee

CHRIS LAMB
Defendant - Appellee

SAM HARTMAN
Defendant - Appellee

JONATHAN CARTER
Defendant - Appellee

ANDREAS TILLE
Defendant - Appellee

JEAN-PIERRE GIRAUD
Defendant - Appellee

WOUTER VERHELST
Defendant - Appellee

KURT ROECKX
Defendant - Appellee

LUKE FARAONE
Defendant - Appellee

JACOB HOFFMAN-ANDREWS
Defendant - Appellee

PAUL TAGLIAMONTE

Defendant - Appellee

MOLLY DE BLANC
Defendant - Appellee

Daniel Pocock, Debian Developer, a joint author of Debian GNU/Linux,

Plaintiff - Appellant,

v.

Software in the Public Interest, Inc., (SPI), Donald Norwood, Debian Project, (unincorporated association), Ariadne Conill, Electronic Frontier Foundation, Inc., (EEF), Free Software Foundation Europe e.V., (FSFE is not the FSF), FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., (Google), World Intellectual Property Organization, (WIPO), Canonical Group Ltd., (Ubuntu), W. Scott Blackmer, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Sam Hartman, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx, Luke Faraone, Jacob Hoffman-Andrews, Paul Tagliamonte, Molly De Blanc,

Defendants - Appellees.

**Docket**

*LEGEND:*
*(R) - Restricted Document*
*(L) - Locked Document*

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 06/30/2026 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Daniel Pocock, FILED. [Entered: 06/30/2026 03:29 PM] |
| 06/30/2026 | 2 | DISTRICT COURT SECOND ORDER OF DISMISSAL, dated 05/26/2026, RECEIVED. [Entered: 06/30/2026 03:31 PM] |
| 06/30/2026 | 3 | DISTRICT COURT JUDGMENT, dated 05/28/2026, RECEIVED. [Entered: 06/30/2026 03:33 PM] |
| 06/30/2026 | 4 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 06/30/2026 03:36 PM] |
| 06/30/2026 | 5 | CIVIL APPEAL, on behalf of Appellant Daniel Pocock, OPENED. [Entered: 06/30/2026 03:39 PM] |
| 06/30/2026 | 6 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 06/30/2026 03:41 PM] |
| 06/30/2026 | 7 | NOTICE, to Software in the Public Interest, Inc., Debian Project, Electronic Frontier Foundation, Inc., Free Software Foundation Europe e.V., FOSDEM vzw, GNOME Foundation, Gandi SAS, Alphabet, Inc., World Intellectual Property Organization, Canonical Group Ltd., regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT. [Entered: 06/30/2026 03:46 PM] |

Case: 26-1766, 10/26/2026, DktEntry: 19.1, (9 of 9)

| Date Filed | Entry # | | Public Docket Text |
|---|---|---|---|
| 06/30/2026 | 8 | (L) | MOTION, to proceed in forma pauperis, on behalf of Appellant Daniel Pocock, FILED. Service date 06/29/2026 by No Service. [Entered: 06/30/2026 03:49 PM] |
| 06/30/2026 | 9 | | DEFECTIVE DOCUMENT, Motion to proceed in forma pauperis, at docket entry 8, on behalf of Appellant Daniel Pocock, copy to pro se appellant, FILED. [Entered: 06/30/2026 03:55 PM] |
| 07/30/2026 | 10 | (L) | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of Software in the Public Interest, Inc., FILED. [Entered: 07/30/2026 02:49 PM] |
| 07/31/2026 | 11 | | UNDELIVERABLE MAIL, for Appellant Daniel Pocock to USCA from USPS, received on 07/31/2026, RECEIVED. [Entered: 08/03/2026 02:18 PM] |
| 08/03/2026 | 12 | | DEFECTIVE DOCUMENT, Notice of Appearance, at docket entry 10, on behalf of Appellee Software in the Public Interest, Inc., FILED. [Entered: 08/03/2026 03:01 PM] |
| 08/12/2026 | 13 | | ORDER, dated 08/12/2026, dismissing appeal by 09/02/2026, unless Appellant Daniel Pocock, submits Form D-P, copy to pro se appellant, FILED. [Entered: 08/12/2026 02:13 PM] |
| 08/12/2026 | 14 | | ORDER, dated 08/12/2026, dismissing appeal by 09/02/2026, unless Appellant Daniel Pocock, submits the Acknowledgment and Notice of Appearance Form, copy to pro se appellant, FILED. [Entered: 08/12/2026 02:18 PM] |
| 09/25/2026 | 15 | | STRIKE ORDER, striking Appellant Daniel Pocock Motion to proceed in forma pauperis at entry number 8 from the docket, copy to pro se appellant, FILED. [Entered: 09/25/2026 04:50 PM] |
| 09/25/2026 | 16 | | STRIKE ORDER, striking Appellee Software in the Public Interest, Inc. Notice of Appearance at entry number 10 from the docket, FILED. [Entered: 09/25/2026 04:54 PM] |
| 09/29/2026 | 17 | | UNDELIVERABLE MAIL, for to USCA from USPS, received on 09/29/2026, RECEIVED. [Entered: 09/30/2026 11:17 AM] |
| 09/30/2026 | 18 | | ORDER, dated 09/30/2026, dismissing appeal by 10/21/2026, unless Appellant Daniel Pocock, submits fee or moves for in forma pauperis status, copy to pro se appellant, FILED. [Entered: 09/30/2026 11:24 AM] |